# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| KASSIDY WOODS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> NICHOLAS ROLOVICH, et al., § <br> § <br> Defendants. § <br> § <br> § | Civil Action No. 3:21-cv-01958-M |

## ORDER

Before the Court is Defendants' Agreed Motion to Extend Time For Filing Defendants' Answer [ECF No. 9]. The Motion is GRANTED. Defendants shall answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] by October 31, 2021.

**SO ORDERED**.

September 30, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE