IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KASSIDY WOODS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-cv-01958-M |
| NICHOLAS ROLOVICH, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendants' Motion to Proceed Without Designating Local Counsel [ECF No. 8]. The Motion is **GRANTED**. Defendants may proceed without local counsel. The Court expects Defense Counsel to familiarize itself with and fully comply with the Northern District of Texas Local Rules. The Court may reconsider this Order if Defense Counsel does not comply with the Local Rules.

**SO ORDERED**.

October 6, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE