IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KASSIDY WOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-01958-M |
| | § | |
| NICHOLAS ROLOVICH, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is the Agreed Motion to Transfer Venue, filed by Plaintiff Kassidy Woods and Defendants Nicholas Rolovich, in his individual capacity, and Washington State University. ECF No. 31. The Motion is **GRANTED**.

**IT IS SO ORDERED** that this matter be transferred to the United States District Court for the Eastern District of Washington. Any cost associated with the transfer of this case to the United States District Court for the Eastern District of Washington will be borne by Plaintiff Kassidy Woods. Defendants' Motion to Dismiss (ECF No. 21) is **DENIED** as moot.

**SO ORDERED**.

June 30, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE